**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| In re: § | |
| § | CASE NO. 21-10464 |
| Pamela Jean Wellons. § | CHAPTER 13 |
| § | |
| Debtor § | |
| | |
| Carvana, LLC, § | CONTESTED MATTER |
| § | |
| Respondent § | |
| v. § | |
| Pamela Jean Wellons, Debtor § | |
| Jonathan W. DeLoach, Trustee § | |
| § | |
| § | |

**OBJECTION TO CONFIRMATION**

COMES NOW, Carvana, LLC, (Carvana) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 case for the reasons set forth below:

1.

Carvana, holds a first priority lien on the Certificate of Title to the Debtor's 2017 Nissan Altima; VIN 1N4AL3AP5HC476737, a true and accurate photostatic copy of the Title is attached hereto as Exhibit A.

2.

The subject vehicle was purchased on 2/14/2019, which is within 910 days of the filing of the within case and should be paid in full pursuant to 11 U.S.C Section 1325(a)(9).

3.

The Debtor's proposed adequate protection payment and interest rate are insufficient to provide Carvana with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the confirmation of the Debtor's Chapter 13 case.

This September 2, 2021

Respectfully Submitted

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Pamela Jean Wellons
602 E. 3rd Ave.
Cordele, GA 31015

Cawthon H. Custer
Custer, Custer and Clark, LLC
P.O. Box 605
Albany, GA 31702

Jonathan W. DeLoach
Office of The Chapter 13 Trustee
P. O. Box 1907
Columbus, GA 31902

This September 2, 2021

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com



# Carvana LLC

## Lien and Title Information

### Lienholder

| | |
|---|---|
| ELT Lien ID | 001101896845 |
| Lienholder | CARVANA LLC |
| Lienholder Address | |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 1N4AL3AP5HC476737 | Issuance Date | 3/14/2019 |
| Title Number | 770094190600962 | Received Date | 3/14/2019 |
| Title State | GA | ELT/Paper | ELECTRONIC |
| Year | 2017 | Odometer Reading | |
| Make | NISS | Branding | |
| Model | | | |
| Owner 1 | PAMELA JEAN WELLONS | | |
| Owner 2 | | | |
| Owner Address | 602 E 3RD AVE<br>CORDELE, GA 310153609 | | |

Printed: Monday, August 16, 2021 9:31:51 AM PST